# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

444444444444444
## NO. 03-03-00432-CV
444444444444444


**Insurance of America Agency, Inc.; Stan Firebaugh; National Business Association; Pat Archibald; American National Life Insurance Company of Texas, Inc.; and American National Insurance Company, Inc., Appellants**

**v.**

**Betty J. Wendland, Patricia Wilson, William Wilson, Judy Kirtley, Bruce Kirtley, and Oscar Wood, Appellees**


444444444444444444444444444444444444444444444444444444444444
**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT**
**NO. GN003014, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**
444444444444444444444444444444444444444444444444444444444444


## M E M O R A N D U M   O P I N I O N


On September 30, 2003, this appeal was abated in order to allow the parties to send notice of their proposed class-action settlement and for the trial court to hold a hearing on the fairness and adequacy of the settlement. We abated the appeal until January 20, 2004. S*ee Insurance of America, Inc. v. Wendland*, No. 03-03-432-CV (Tex. App.—Austin September 30, 2003) (interlocutory memorandum opinion). On January 20, 2004, the parties filed a joint motion to extend the abatement because they wanted to allow the judgment signed by the trial court to become final and non-appealable before dismissing the appeal. The parties asked us to extend the abatement until February 20, 2004, and, unless the parties petitioned for other relief before that date,

to dismiss the appeal.  We extended the abatement.  Not having heard further from the parties, we grant their joint motion to dismiss.  *See* Tex. R. App. P. 42.1(a)(2).


_____

Mack Kidd, Justice

Before Justices Kidd, B. A. Smith and Pemberton

Dismissed on Joint Motion

Filed:   March 4, 2004